LUMMIE SPANN, Appellant, v. DOLLY SPANN, Respondent.— In an action to annul a marriage, plaintiff appeals from an order denying his application to set aside an order awarding counsel fee and temporary alimony to defendant. Order affirmed, without costs. No opinion. Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ., concur.

## (April 16, 1945.)

DRY DOCK SAVINGS INSTITUTION, Respondent, v. FAIRWAY APARTMENTS, INC., Appellant, et al., Defendants.— Action to foreclose certain mortgages on real and personal property. Order granting plaintiff's motion under rule 113 of the Rules of Civil Practice for summary judgment and for other relief, and judgment entered pursuant thereto, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ.

In the Matter of the Estate of EDWARD H. MILLER, Deceased. (Three Proceedings.) CLAIRE P. MILLER, Appellant; MILTON MILLER et al., as Temporary Administrators of the Estate of EDWARD H. MILLER, Deceased, et al., Respondents.— On appeal by Claire Paster Miller from a decree of the Surrogate's Court, Kings County, granting motions of respondents Miller and Harrison to confirm a report and supplemental report of a referee, settling their accounts as temporary administrators, and denying petition of appellant for removal of the temporary administrators and for their disqualification to act as executors, decree, and orders presented for review, unanimously affirmed, without costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ. [See post, p. 777.]